UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL FELICIANO,

                              Plaintiff,

                -against-

ANDRES AGUIRRE,

                              Defendant.

24 CIVIL 7636 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 14, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                    _____
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge